UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM LEWIS HOUSTON,<br>  Petitioner,<br><br>v.<br><br>ROBERT WALLER, Warden,<br>  Respondent. | )<br>)<br>)<br>)  No. 1:05-00013<br>)  JUDGE HAYNES<br>)<br>) |

## FINAL ORDER

In accordance with the Memorandum, the petition is **GRANTED**. The State has one hundred twenty (120) days from the date of entry of this Order to retry the Petitioner.

This is the Final Order in this action.

It is so **ORDERED**.

Entered this the 28 day of March, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge