IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| WILLIAM LEWIS HOUSTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | NO. 1:05-00013 |
| ) | JUDGE HAYNES |
| ROBERT WALLER, Warden, ) | |
| ) | |
| Respondent. ) | |

### ORDER

In accordance with the Memorandum filed herewith, the Respondent's motion for a stay (Docket Entry No. 55) is **DENIED** and the Petitioner's motion for enlargement or his release under Fed. R. App. P. 23(c) (Docket Entry No. 57) is **DENIED without prejudice** to renew, if the Petitioner has not been retried with the time provided in the Court's earlier Order. The State still has 120 days from the date of the Order granting the conditional writ to retry the Petitioner.

It is **ORDERED**.

ENTERED this the 22nd day of July, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge